1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

MAR 26 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

6  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>DOUBLE WIDE MOBILE HOME TRAILER LOCATED AT 6170 NOB HILL DRIVE, SPACE 76, NEWCASTLE, CALIFORNIA, PLACER COUNTY, DECAL # ABE6629, SERIAL NOS. S13826XX AND S13826XXU.<br><br>Defendant. | 2:12 - SW - 0154  EFB<br><br>ORDER ON UNITED STATES' REQUEST FOR CONDITIONS ON ASSET SUBJECT TO SEIZURE |

A seizure warrant was issued on March 26, 2012 directing the seizure of a DOUBLE WIDE MOBILE HOME TRAILER LOCATED AT 6170 NOB HILL DRIVE, SPACE 76, NEWCASTLE, CALIFORNIA, PLACER COUNTY, DECAL # ABE6629, SERIAL NOS. S13826XX AND S13826XXU.  Dawn Baker of Newcastle, California is the registered owner of the asset listed in this seizure order.  Upon application of the United States of America and pursuant to the seizure warrant and the Court's authority under Title 28, United States Code, Section 1355, IT IS HEREBY

Ordered, that **Dawn Baker** shall not transfer, sell, or otherwise convey the asset specified in this seizure order without further order of this Court, that **Dawn Baker**

1

1 shall not leverage, encumber or otherwise borrow against the asset specified in this
2 seizure order without further order of this Court, that **Dawn Baker** shall not move,
3 disassemble or alter the current location and makeup of the asset specified in this seizure
4 order without further order of this Court.

6 ORDERED, that **Dawn Baker** shall send copies of all future correspondence
7 pertaining to the asset specified in this seizure order including but not limited to,
8 registration and rental notices, to the Internal Revenue Service – Criminal
9 Investigations, 4330 Watt Avenue, Suite 205, Sacramento, California 95821, Attn: Jason
10 Lamb, AFC.

12 ORDERED, that **Dawn Baker** shall comply with each and every term of the
13 Court's order, however, subject to the Court modifying its own order for good cause
14 shown.

Date: 3-26, 2012

EDMUND F. BRENNAN
United States Magistrate Judge